| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Ave<br>Vineland, NJ 08360<br>856-696-8300<br>856-696-3586<br>Attorney for Debtor(s) |
| In Re:<br><br>Raymond W. Leong |

Case No.: __16-33299__

Judge: __ABA__

Chapter: __13__

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION FOR RELIEF

The debtor in the above captioned chapter 13 proceeding hereby objects to the following

1. Motion for Relief from Stay
   By ___MTGLQ Investors, LP___, creditor

2. I am objecting to the above for the following reasons:

   I would like to cure the arrears by including the current arrears in the chapter 13 plan or some other equitable arrangement.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 4/18/2017                        /s/ Raymond Leong
                                                       Debtor's Signature