UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MTGLQ Investors, L.P.

In Re:

 Raymond W. Leong,

 Debtor.

Case No.:     16-33299-ABA

Chapter:          13

Hearing Date:     5/9/2017

Judge:        Altenburg

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☒  Settled                    ☐  Withdrawn

Matter:  Motion for Relief from Stay re: 206 Reading Avenue, Oaklyn, NJ 08107

 (#20 on the docket)

Date:  5/5/2017                          /s/ Denise Carlon
                                         Signature

*rev.8/1/15*