**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Raymond W Leong

Case No.: 16-33299

Hearing Date: 12/19/17

Chapter: 13

Judge: ABA

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Debtor(s) Objection to Creditor's Certification of Default re: MTGLQ Investors, LP

**Location of Hearing:** Courtroom No. 4B
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ  08101

**Date and Time:** 12/19/17 @ 10:00 a.m., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 11/28/17

JEANNE A. NAUGHTON, Clerk

By: /s/ Donna M. Branno
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on November 28, 20 17 this notice was served on the following: Debtor(s), Attorney for Debtor(s), if any, Attorney for Creditor and Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Donna M. Branno
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond W Leong  
    Debtor

Case No. 16-33299-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Nov 28, 2017  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2017.  
db          +Raymond W Leong,    46 W Atlantic Ave,    Audubon, NJ 08106-1432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Seymour Wasserstrum    on behalf of Debtor Raymond W Leong mylawyer7@aol.com,    ecf@seymourlaw.net  
         Steven P. Kelly    on behalf of Creditor    MTGLQ INVESTORS, L.P. skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                      TOTAL: 5