UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MTGLQ INVESTORS, L.P.

In Re:

Leoong, Raymond W.

Case No.:    16-33299 ABA

Chapter:    13

Hearing Date:    1/9/2018

Judge:    Andrew B. Altenburg Jr

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Creditor's Certification of Default filed on November 10, 2017, docket number 31

_____

Date: 1/8/18

/s/ Denise Carlon
Signature

*rev.8/1/15*