Printed on: 01/12/2018                                                                                                    Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2017 to 12/31/2017
**Case Number: 16-33299 (ABA)**

Raymond W. Leong
46 West Atlantic Avenue
Audubon, NJ  08106

Monthly Payment: $400.00
Payments / Month: 1
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/03/2017 | $400.00 | 02/03/2017 | $400.00 | 02/22/2017 | $400.00 | 03/28/2017 | $400.00 |
| 04/24/2017 | $400.00 | 05/24/2017 | $551.00 | 06/27/2017 | $551.00 | 08/01/2017 | $400.00 |
| 08/01/2017 | $151.00 | 09/01/2017 | $551.00 | 09/26/2017 | $400.00 | 10/31/2017 | $400.00 |
| 11/27/2017 | $400.00 | | | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RAYMOND W. LEONG | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $2,810.00 | $2,810.00 | $0.00 | $2,810.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,287.27 | $0.00 | $5,287.27 | $0.00 |
| 2 | DITECH FINANCIAL, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | DEPARTMENT OF THE TREASURY | 28 | $2,692.58 | $0.00 | $2,692.58 | $0.00 |
| 4 | DEPARTMENT OF THE TREASURY | 33 | $4,913.89 | $0.00 | $4,913.89 | $0.00 |
| 5 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | OFFICE OF ATTORNEY GENERAL | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | PHELAN HALLINAN & DIAMOND, & JONES, PC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO AMERICA ASSET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | SANTANDER CONSUMER USA, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | MTGLQ INVESTORS, LP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | STATE OF NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MTGLQ INVESTORS, LP | 13 | $531.00 | $531.00 | $0.00 | $531.00 |
| 17 | MTGLQ INVESTORS, LP | 24 | $6,668.64 | $1,241.48 | $5,427.16 | $872.68 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2017 | 7.00 | $0.00 |
| 08/01/2017 | Paid to Date | $3,653.00 |
| 09/01/2017 | 52.00 | $400.00 |
| 01/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,404.00 |
| Total paid to creditors this period: | $4,613.68 |
| Undistributed Funds on Hand: | $368.80 |
| Arrearages: | ($151.00) |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**