# LAW OFFICES OF SEYMOUR WASSERSTRUM

**ATTORNEYS AT LAW**

| | |
|---|---|
| 205 W. LANDIS AVE | 1040 N. KINGS HWY, SUITE 304 |
| VINELAND, NJ 08360 | CHERRY HILL, NJ 08002 |
| | *Do not mail to this address |

| | |
|---|---|
| SEYMOUR WASSERSTRUM | TELEPHONE: (856) 696-8300 |
| WILLIAM CLUNN | FACSIMILE: (856) 696-6962 |
| GABRIELLE NONNENBERG-REID | |

June 21, 2018

Honorable Andrew B. Altenberg, USBJ
US Bankruptcy Court – Clerk's Office
4th and Cooper Street, Second Floor
Camden, NJ 08102

    Re:    Raymond W Leong
            Chapter 13 Case No.: 16-33299/ABA
            Withdraw of Modified Chapter 13 Plan

Dear Judge Altenberg:

Please accept this letter as our request to withdraw the Modified Chapter 13 Plan which was filed on 05/21/2018 under document number 44.

Thank you for your kind attention.

                                                Respectfully Submitted,

                                                /s/ Seymour Wasserstrum, Esq.
                                                Seymour Wasserstrum, Esq.