Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−33299−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond W Leong
   46 W Atlantic Ave
   Audubon, NJ 08106

Social Security No.:
   xxx−xx−9536

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 25, 2017.

On 6/21/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:            July 25, 2018
Time:             10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 22, 2018
JAN: dmb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-33299-ABA
Raymond W Leong                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jun 22, 2018
                              Form ID: 185             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
```
db         +Raymond W Leong,    46 W Atlantic Ave,    Audubon, NJ 08106-1432
cr         +MTGLQ INVESTORS, L.P.,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
             Warrington, PA 18976-3400
516536421   IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516568971   MTGLQ Investors, L.P,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
             Greenville, SC  29603-0826
516536424   Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
             Trenton, NJ 08625-0112
516536425  +Phelan Hallinan & Diamond, & Jones, PC,    400 Fellowship Road Suite 100,
             Mt. Laurel, NJ 08054-3437
516536426   Portfolio America Asset,    2221 New Market Panway Ste 108,    Marietta, GA 30067
516573203  +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
516536429 ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State Of New Jersey,    P.O. Box 245,
             Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
516536427  +Santander,    Po Box 961245,    Fort Worth, TX 76161-0244
516536428   Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jun 23 2018 00:00:49     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 23 2018 00:00:45     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516536417  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 23 2018 00:03:01     Captial One,
             PO Box 30281,    Salt Lake City, UT 84130-0281
516536419   E-mail/Text: bankruptcy.bnc@ditech.com Jun 23 2018 00:00:19     Ditech Financial LLC,
             PO Box 6172,    Rapid City, SD 57709-6172
516536422  +E-mail/Text: cio.bncmail@irs.gov Jun 23 2018 00:00:13     IRS,    1601 Market St,
             Philadelphia, PA 19103-2301
516748757   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2018 00:24:40
             Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
             Norfolk VA 23541
516654633  +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2018 00:02:31     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516536418*   +Captial One,    PO Box 30281,    Salt Lake City, UT 84130-0281
516536420*    IRS,    PO Box 744,    Springfield, NJ 07081-0744
516536423*   +Irs,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Jun 22, 2018
                              Form ID: 185             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Seymour  Wasserstrum    on behalf of Debtor Raymond W Leong mylawyer7@aol.com,    ecf@seymourlaw.net
          Steven P. Kelly    on behalf of Creditor    MTGLQ INVESTORS, L.P. skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                  TOTAL: 5