Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 16-33299 (ABA)**

Raymond W. Leong  
46 West Atlantic Avenue  
Auduon, NJ  08106

Monthly Payment: $150.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/08/2018 | $400.00 | 01/30/2018 | $400.00 | 03/12/2018 | $454.00 | 03/22/2018 | $427.00 |
| 05/04/2018 | $427.00 | 06/05/2018 | $427.00 | 07/06/2018 | $427.00 | 08/02/2018 | $427.00 |
| 09/05/2018 | $150.00 | 10/02/2018 | $150.00 | 11/06/2018 | $150.00 | 11/20/2018 | $150.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RAYMOND W. LEONG | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $2,810.00 | $2,810.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $800.00 | $550.80 | $249.20 | $275.40 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,287.27 | $0.00 | $5,287.27 | $0.00 |
| 2 | DITECH FINANCIAL, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | DEPARTMENT OF THE TREASURY | 28 | $2,692.58 | $2,244.45 | $448.13 | $2,244.45 |
| 4 | DEPARTMENT OF THE TREASURY | 33 | $4,913.89 | $0.00 | $4,913.89 | $0.00 |
| 5 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | OFFICE OF ATTORNEY GENERAL | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | PHELAN, HALLINAN, DIAMOND & JONES, PC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO AMERICA ASSET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | SANTANDER CONSUMER USA, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | MTGLQ INVESTORS, LP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | STATE OF NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MTGLQ INVESTORS, LP | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 17 | MTGLQ INVESTORS, LP | 24 | $2,397.67 | $2,397.67 | $0.00 | $1,524.99 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2017 | 18.00 | $0.00 |
| 07/01/2018 | Paid to Date | $8,366.00 |
| 08/01/2018 | 17.00 | $150.00 |
| 01/01/2020 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,989.00 |
| Total paid to creditors this period: | $4,044.84 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | ($277.00) |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**